UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> JONATHAN GARCIA-LOEZA, ) <br> Defendant. ) | Case No.: 21-CR-209-JLS <br><br> ORDER CONTINUING MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the motion hearing/trial setting in this matter now scheduled for April 2, 2021, be continued to May 7, 2021, at 1:30 p.m. Defendant must file an acknowledgment of Next Court Date no later than April 16, 2021.

Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED**.

Dated:  March 29, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge